UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CHARTER OAK FIRE INSURANCE
COMPANY,

                              Plaintiff,

              v.

STARR INDEMNITY & LIABILITY
COMPANY,

                              Defendant.

23-CV-3882 (DEH)

**NOTICE OF REASSIGNMENT**

DALE E. HO, United States District Judge:

        This case has been reassigned to the undersigned.  All counsel must familiarize

themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior

orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment;

provided the conference scheduled for January 19, 2024, is rescheduled to **February 6, 2024, at**

**11:00 a.m. ET.**  The conference will be held over Microsoft Teams.  The parties shall join by

calling (646) 453-4442 and entering the Conference ID: 822 896 87, followed by the pound (#)

sign.

Dated: October 23, 2023
        New York, New York

                                                    _____
                                                         DALE E. HO
                                                    United States District Judge